# UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF INDIANA
## EVANSVILLE DIVISION

| | | |
|---|---|---|
| **PAIGE PEMBERTON,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CASE NO. 3:25-CV-00092-RLY-CSW** |
| | ) | |
| **NBC MERCHANTS, INC.** | ) | |
| **d/b/a TJ MAXX EVANSVILLE** | ) | |
| **DISTRIBUTION CENTER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Paige Pemberton, and Defendant, NBC Merchants, Inc. d/b/a TJ Maxx Evansville Distribution Center, hereby stipulate that the above-styled action be dismissed with prejudice, with each party to bear its own costs and fees.

Respectfully submitted,


/s/ *Lauren E. Berger*
Lauren E. Berger
BIESECKER DUTKANYCH & MACER, LLC
411 Main Street
Evansville, IN  47708
Telephone:  812.424.1000
Facsimile:  812.424.1005
E-mail:  lberger@bdlegal.com


Attorneys for Plaintiff


Dated: May 26,2026

/s/ *Ridhima Bhalla (with permission)*
Ridhima Bhalla
SEYFARTH SHAW LLP
233 South Wacker Drive, Suite 8000
Chicago, Illinois  60606-6448
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000
Email: rbhalla@seyfarth.com


Attorneys for Defendant